## MEMORANDUM DECISIONS.

---

BORT et al. v. GILMORE et al. (Circuit Court of Appeals, Eighth Circuit. September 13, 1905.) No. 2,221. Appeal from the Circuit Court of the United States for the Northern District of Iowa. Craig L. Wright and Asa F. Call, for appellants. Hubbard & Burgess and Will E. Johnston, for appellees. For opinion below, see 134 Fed. 658. No opinion. Dismissed, with costs, without prejudice, on motion of appellants.

---

THE BRITANNIA. (Circuit Court of Appeals, Second Circuit. February 1, 1906.) No. 76. Appeal from the District Court of the United States for the Southern District of New York. For opinion below, see 134 Fed. 948. Chas. C. Burlingham, for appellant. W. Mynderse, for appellee. Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Decree of District Court affirmed, with costs, on opinion below.

---

CAMDEN INTERSTATE RY. CO. v. WILLIAMS. (Circuit Court of Appeals, Sixth Circuit. June 17, 1905.) No. 1,400. In Error to the Circuit Court of the United States for the Eastern District of Kentucky. Hagar & Stewart and A. R. Johnson, for plaintiff in error. John W. Woods and J. F. Stewart, for defendant in error. For opinion below, see 138 Fed. 571. No opinion. Judgment of the Circuit Court affirmed.

---

THE COVINGTON. (Circuit Court of Appeals, Second Circuit. November 22, 1905.) No. 51. Appeal from the District Court of the United States for the Southern District of New York. For opinion below, see 128 Fed. 788. La Roy S. Gove, for appellant. F. M. Brown, for appellee. Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Decree of District Court affirmed, with costs.